158 A.3d 1235

COMMONWEALTH of Pennsylvania, Respondent

v.

Derrick HARPER, Petitioner

No. 239 EAL 2016

Supreme Court of Pennsylvania.

October 5, 2016

## ORDER

PER CURIAM

**AND NOW**, this 5th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.